UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUICKMED DIAGNOSTIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; BLUE CROSS OF CALIFORNIA; ELEVANCE HEALTH, INC.<br><br>Defendants. | Case No.: 25-cv-2256-AJB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>**(Doc. Nos. 7, 9)** |

Defendants Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California, and Elevance Health, Inc. (collectively, "Defendants") removed this action from state court on August 29, 2025. (Doc. No. 1.) On September 29, 2025, Plaintiff Quickmed Diagnostic, Inc. ("Plaintiff") filed a motion to remand the matter back to state court. (Doc. No. 7.)

On October 14, 2025, Plaintiff and Defendants filed a joint motion to remand this matter to state court. (Doc. No. 9.) Pursuant to the joint motion of the parties, and for good cause appearing, **IT IS HEREBY ORDERED THAT** this action is **REMANDED** to the Superior Court of California, County of San Diego, Case No. 25CU037279C.

1

Plaintiff's pending motion to remand is **DENIED AS MOOT**. (Doc. No. 7.) All other pending hearings and deadlines are hereby vacated. The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated: October 14, 2025

Hon. Anthony J. Battaglia
United States District Judge